UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR 4 1 6 - 3 3 9

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Information No._____ |
| ) | |
| v. ) | VIO: O.C.G.A. §§ 40-6-1 and 40-6-181 |
| ) | U.S.C. §§ 7 and 13 |
| JALEEL K. STALLINGS ) | Speeding |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

On or about May 12, 2016, in the Southern District of Georgia, on land within the special maritime and territorial jurisdiction of the United States and under the concurrent jurisdiction of the United States and the State of Georgia, namely Hunter Army Airfield Military Reservation,

**JALEEL K. STALLINGS**

did unlawfully drive a motor vehicle at an approximate speed of 66 miles per hour in a 40 mile per hour zone, in violation of Title 18, United States Code, Sections 7 and 13, and Official Code of Georgia Annotated, Sections 40-6-1 and 40-6-181.

EDWARD J. TARVER
UNITED STATES ATTORNEY

_____
Jennifer G. Solari
Assistant U.S. Attorney

_____
Elizabeth G. Smitham
Special Assistant U.S. Attorney
Texas Bar No. 24090399